IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DWAINE WRIGHT, :

    Petitioner, : Case No. 3:11cv00096

vs. : District Judge Timothy S. Black
    Magistrate Judge Sharon L. Ovington

OHIO ATTORNEY GENERAL, et al., :

    Respondents. :

### DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #2), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 7, 2011 (Doc. #2) is **ADOPTED** in full; and

2. Dwaine Wright's Petition for Writ of Habeas Corpus (Doc. #1) is **DENIED** and **DISMISSED**;

3. Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability;

4. This case is terminated on the docket of this Court; and

5. The Clerk of Court is directed to serve a copy of this Decision and Entry by electronic or regular mail on the Attorney General of Ohio, c/o Assistant Attorney General Diane Mallory, Corrections Litigation, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215.

**IT IS SO ORDERED.**

Date: 7/25/11

_____
Timothy S. Black
United States District Judge