# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DWAINE WRIGHT,**

    Petitioner,

**-vs-**

                        **CASE NO. 3:11-cv-096**

                        District Judge Timothy S. Black
                        Magistrate Judge Sharon L. Ovington

**OHIO ATTORNEY GENERAL, et al,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations of the Magistrate Judge (Doc. 2) is **ADOPTED**; the Petition for Writ of Habeas Corpus (Doc 1) is **DENIED and DISMISSED**; Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability; and the case is **TERMINATED** on the docket.

Date:   July 25, 2011                                   **JAMES BONINI, CLERK**

                                                          By: <u>s/ M. Rogers</u>
                                                          Deputy Clerk